IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01909–KMT–KLM

KLEIN FRANK, P.C.,

    Plaintiff,

v.

TODD KROUNER,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Upon consideration of the Stipulation for Dismissal With Prejudice filed by the parties, it is

    ORDERED that this civil action hereby is dismissed with prejudice, each party to pay his or its own costs and attorneys fees.

    Dated this 19th day of February, 2010.

                                              **BY THE COURT:**

                                              Kathleen M. Tafoya
                                              United States Magistrate Judge